# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145212

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

RITA ANN GOSSELIN,
 Defendant-Appellant.

SC: 145212
COA: 308923
Wayne CC: 09-030905-FH

_____/

On order of the Court, the application for leave to appeal the April 17, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court for correction of the judgment of sentence to delete the requirement that the defendant pay one-third of her restitution obligation before she may be released on parole. The trial court had no authority to impose the restitution obligation as a condition of parole. See *People v Greenberg*, 176 Mich App 296, 310-311 (1989). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2012

_____ _____
                                                          Clerk

s1128